**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-CV-80767-MIDDLEBROOKS

RICHIE ST. HILAIRE,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC. &
TRANSWORLD SYSTEMS, INC.,

    Defendants.

_____/

**ORDER TERMINATING DEFENDANT**

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Equifax"), filed August 8, 2024. (DE 12). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Equifax has served neither.

Accordingly, it is **ORDERED AND ADJUDGED:**

1) Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **TERMINATE** the above Defendant as a Party in this matter.

3) This Order Terminating Defendant does not impact the claims against the other Defendants in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 9th day of August, 2024.

                                                DONALD M. MIDDLEBROOKS

cc:     Counsel of Record         UNITED STATES DISTRICT JUDGE